# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Colton Leekley-Winslow, | Case No. 19-cv-0587 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Fairview Health Services, University of Minnesota, State of Minnesota, Daniel Fromm, Kate Homolka, Kelly A. Putney, Chad A. Trierweiler, Richard B. Jones, Joseph Charlton Desrosler, Nurse 1, Detention Team Member, Psych Associate 1, and Mental Health Systems, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly**,** IT IS HEREBY ORDERED that Defendant State of Minnesota's Motion to Dismiss Plaintiff's Complaint, [Docket No. 14]; Defendants Kelly A. Putney and Kate L. Homolka's Motion for Dismissal Pursuant to FRCP 12(b)(1) and 12(b)(6) [Docket No. 21]; Defendant Regents of the University of Minnesota's Motion to Dismiss [Docket No. 30]; and Defendant Fairview Health Services' Motion to Dismiss [Docket No. 45] are **DENIED AS MOOT**.

Dated: July 23, 2019        s/Susan Richard Nelson
                            SUSAN RICHARD NELSON
                            United States District Judge